IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| UNITED STATES OF AMERICA, | ) |
| :--- | :--- |
| Plaintiff, | ) |
| VS. | ) CR. NO. 1:18-10024-STA |
| JUSTIN RASHAD FORREST, | ) |
| Defendant. | ) |

---

ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING

---

This cause came to be heard on October 16, 2018, Assistant United States Attorney, Jim Powell, appearing for the Government and the defendant, Justin Rashad Forrest, appearing in person, and with counsel, Eugene Laurenzi.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 3 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, JANUARY 29, 2019 at 11:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 16th day of October, 2018.

                 s/ S. Thomas Anderson
                 CHIEF JUDGE, U. S. DISTRICT COURT