IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

  **Plaintiff,**

v.          **CASE NO.: 1:18-cr-10024-STA**

**JUSTIN RASHAD FORREST,**

  **Defendant.**

### ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE OF SENTENCING HEARING AND SUPERVISED RELEASE HEARING AND NOTICE OF RESETTING

**IT APPEARING TO THE COURT** for good cause shown, that the Defendant's Motion for Continuance of Defendant's Sentencing hearing and Supervised Release Hearing from its current setting of February 1, 2019 , be granted, that this matter be set for **Tuesday, March 5, 2019 at 10:00a.m .**

ALL OF WHICH IS ORDERED, ADJUDGED AND DECREED, this 18th day of January, 2019.

            <u>s/S. Thomas Anderson</u>
            S. THOMAS ANDERSON
            CHIEF U.S. DISTRICT COURT JUDGE