IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

       Plaintiff,

v.                            CASE NO.: 1:18-cr-10024-STA

JUSTIN RASHAD FORREST,

       Defendant.

---

### ORDER GRANTING DEFENDANT'S MOTION
### FOR CONTINUANCE OF SENTENCING HEARING AND NOTICE OF SETTING

---

**IT APPEARING TO THE COURT** for good cause shown, that the Defendant's Motion for Continuance of Defendant's Sentencing Hearing from its current setting of March 5, 2019, be granted, that this matter be reset for **Tuesday, April 16, 2019 at 11:00am.**

ALL OF WHICH IS ORDERED, ADJUDGED AND DECREED, this 27th day of February, 2019.

                                                s/S. Thomas Anderson
                                                CHIEF JUDGE S. THOMAS ANDERSON
                                                U.S. DISTRICT COURT