**IN THE UNITED STATES DISTRICT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                   **CASE NO.:   1:18-cr-10024-STA**


**JUSTIN RASHAD FORREST,**

      **Defendant.**

---

**ORDER GRANTING DEFENDANT'S MOTION**
**FOR CONTINUANCE OF SENTENCING HEARING AND NOTICE OF RESETTING**

---

     **IT APPEARING TO THE COURT** for good cause shown, that the Defendant's

Motion for Continuance of Defendant's Sentencing Hearing from its current setting of July 29,

2019 , be granted, that this matter be reset for **Friday, September 6, 2019 at 11:00 a.m.**

     ALL OF WHICH IS ORDERED, ADJUDGED AND DECREED, this 29th day of July,

2019.


                           s/S. Thomas Anderson
                           CHIEF JUDGE S. THOMAS ANDERSON
                           U.S. DISTRICT COURT